UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

$42,000 in funds formerly held at Westchester BMW in the name of Elvin Concepcion, and any and all property traceable thereto,
  Defendant-in-rem

Case No. 07 Cv 8326 (RPP)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Guillermo M. Concepcion, Claimant _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: 10/15/2007

Signature of Attorney

Attorney Bar Code: NY 1728476

Form Rule7_1.pdf  SDNY Web 10/2007

PDF created with pdfFactory trial version www.pdffactory.com