AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v.-

$42,000 in funds formerly held at Westchester BMW in the name of Elvin Concepcion, and any and all property traceable thereto,

Defendant in rem

**APPEARANCE**

Case Number: 07 Civ 8326 (RPP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Guillermo M. Concepcion, Claimant

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/15/2007 | *[signature]* |
| Date | Signature |
| | Theodore S. Green/Green & Willstatter    NY 1728476 |
| | Print Name    Bar Number |
| | 200 Mamaroneck Avenue - Suite 605 |
| | Address |
| | White Plains, NY    10601 |
| | City    State    Zip Code |
| | (914) 948-5656    (914) 948-8730 |
| | Phone Number    Fax Number |

PDF created with pdfFactory trial version www.pdffactory.com