UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Declaration in Support |
| -v.- | Of Claim |
| | |
| $42,000 IN FUNDS FORMERLY HELD AT WESTCHESTER BMW IN THE NAME OF ELVIN CONCEPCION, AND ANY ALL PROPERTY TRACEABLE THERETO, | 07 CIV 8326 (RPP) |
| | |
| Defendant-in-rem. | |

----------------------------------------------------------------x

     PLEASE TAKE NOTICE that, pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and upon the annexed affidavit of claimant Guillermo M. Concepcion (the "claimant"), sworn to the 5th day of October, 2007, claimant hereby claims – and contests the forfeiture of – the above-captioned property, Asset Id Number 07-DEA-483566, and consisting of a check having a value of $42,000 in funds, originally in the form of a check, and being the proceeds from the sale of a vehicle owned by claimant.

Dated:     October 15, 2007

                                      Yours, etc.,

                                      GREEN & WILLSTATTER
                                      *Attorneys for Claimant Guillermo M. Concepcion*
                                      200 Mamaroneck Avenue - Suite 605
                                      White Plains, New York   10601
                                      (914) 948-5656

                                      s/Theodore S. Green
                                       THEODORE S. GREEN   TG 1884

PDF created with pdfFactory trial version www.pdffactory.com

TO:   MICHAEL J. GARCIA, ESQ.
      United States Attorney - Southern District of New York
      Attn: ANNA E. ARREOLA, ESQ.
      One St. Andrew's Plaza
      New York, New York   10007
      (212) 637-2218

PDF created with pdfFactory trial version www.pdffactory.com