UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -v.-

$42,000 IN FUNDS FORMERLY HELD AT
WESTCHESTER BMW IN THE NAME OF
ELVIN CONCEPCION, AND ANY ALL
PROPERTY TRACEABLE THERETO,

    Defendant-in-rem.

------------------------------------------------------------x

Declaration in Support
Of Claim

07 CIV 8326 (RPP)

I, Guillermo M. Concepcion, declare under penalty of perjury pursuant o 28 U.S.C. 1746. as follows:

1. I am over the age of 18 years and reside at 53 Jay Street, Bardonia, New York 10954, in the County of Rockland. This declaration is submitted in support of my claim for property seized in the above-captioned matter. .

2. The property at issue is $42,000.00 in funds, which, on information and belief, was originally in the form of a check seized from Westchester BMW, an automobile dealership.

3. The basis for my claim is that the check and funds at issue represent the proceeds from the sale of an automobile that was owned by and registered to me, to wit a 1996 Ferrari Spider bearing vehicle identification number ZFFXR48A6T0104885

                                                                  GUILLERMO M. CONCEPCION

Sworn to before me the 5th day
of October, 2007.

Notary Public

THEODORE S. GREEN
Notary Public, State of New York
No. 02GR6017134
Qualified in Westchester County
Commission Expires August 30, 2009

PDF created with pdfFactory trial version www.pdffactory.com