UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USA.
                         Plaintiff(s)                    07 CV 8326 (RPP)
         -against-                                       SCHEDULING ORDER
$ 42,000.00

_____Defendant(s)_____
PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ____ Yes _____ No.

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

5. Rule 26 compliance by __2/8/08__.

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by __5/1/08__.

9. Dispositive motions by _____, Answer by _____, Reply by _____.

10. Pretrial order to be filed by __5/12/08__.

11. Settlement conference with parties & counsel to be held on __5/21/08__ at __4PM__.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for __6/2/08__ at __9:30 AM__.

Dated: New York, New York

__12/10/07__

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07

SO ORDERED.

_____
ROBERT P. PATTERSON, JR.
U.S.D.J.