MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ANNA E. ARREOLA
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2218

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,          :
                                   :
            Plaintiff,             :    07 CIV. 8326 (RPP)
                                   :
       - v. -                      :
                                   :    NOTICE OF DEPOSITION
$42,000.00 IN FUNDS FORMERLY       :
HELD AT WESTCHESTER BMW IN THE     :
NAME OF ELVIN CONCEPCION, AND      :
ANY AND ALL PROPERTY TRACEABLE     :
THERETO,                           :
                                   :
            Defendant-in-rem.      :
- - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedures 26 and 30, the United States of America, by its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will take the deposition of GUILLERMO M. CONCEPCION, before a notary public or some other officer or person authorized to administer oaths, on February 28, 2008, at 10 a.m. or an earlier date agreed to by counsel at the United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007. This deposition will continue day to day until completed.

PLEASE TAKE FURTHER NOTICE that the witness is required to produce at his deposition all documents in his possession or control that are in any way relevant to this action.

Dated:  New York, New York
        January 30, 2008

                              MICHAEL J. GARCIA
                              United States Attorney
                              Attorney for the Plaintiff
                              United States of America

By:  _____/s/_____
     ANNA E. ARREOLA
     Assistant United States Attorney
     One Saint Andrew's Plaza
     New York, New York 10007
     Tel. No.: (212) 637-2218