MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ANNA E. ARREOLA
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2218

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,                :
                                         :
            Plaintiff,                   :     07 CIV. 8326 (RPP)
                                         :
      - v. -                             :
                                         :     STIPULATION AND ORDER OF
$42,000.00 IN FUNDS FORMERLY             :     SETTLEMENT
HELD AT WESTCHESTER BMW IN THE           :
NAME OF ELVIN CONCEPCION, AND            :
ANY AND ALL PROPERTY TRACEABLE           :
THERETO,                                 :
                                         :
            Defendant-in-rem.            :
- - - - - - - - - - - - - - - - x

        WHEREAS, on or about May 7, 2007, members of the Drug
Enforcement Administration (the "DEA") seized $42,000.00 in funds
that were being held at Westchester BMW in the name of Elvin
Concepcion (the "DEFENDANT FUNDS");

        WHEREAS, the DEA subsequently initiated administrative
forfeiture proceedings against the DEFENDANT FUNDS by serving
notice of the action and advertising the seizure;

        WHEREAS, Guillermo M. Concepcion ("Concepcion or the
"Claimant") thereafter filed a claim with the DEA opposing
forfeiture of the DEFENDANT FUNDS;

                              1

WHEREAS, in light of the administrative claim, the
United States of America commenced this action, on or about
September 24, 2007, by the filing of a verified complaint,
pursuant to 21 U.S.C. § 881(a)(6), seeking forfeiture of the
DEFENDANT FUNDS, on the ground that they constitute moneys
furnished or intended to be furnished for a controlled substance,
proceeds traceable to such an exchange, and/or moneys used or
intended to be used to facilitate such an exchange;

WHEREAS, Concepcion subsequently filed an answer on
behalf of himself asserting a claim for the DEFENDANT FUNDS;

WHEREAS, notice of the verified complaint and in rem
warrant against the DEFENDANT FUNDS was published in the New York
Law Journal on October 11, 2007, and proof of such publication
was filed with the Clerk of this Court on January 9, 2008
(Exhibit A);

WHEREAS, the Government sent notice of the verified
complaint, via certified mail, to Elvin Concepcion and his
attorney, on or about October 2, 2007, and received return
receipts confirming delivery of those letters (Exhibit B);

WHEREAS, the Government knows of no other persons
having an interest in the DEFENDANT FUNDS, no other parties have
filed a claim in this action, and the requisite time periods in
which to do so, as set forth in 18 U.S.C. § 983(a)(4)(A) and Rule
G of the Supplement Rules for Admiralty or Maritime Claims and

2

Asset Forfeiture Claims, have expired;

WHEREAS, the Claimant, admitting no wrongdoing in connection herewith, has agreed to settle this manner;

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED, by and between Michael J. Garcia, United States Attorney for the Southern District of New York, by and through Assistant United States Attorney Anna E. Arreola, and the Claimant, by and through his attorney, Theodore S. Green, Esq., that:

1.    The United States Marshals Service shall issue a check in the amount of $13,860.00, and made payable to "Guillermo M. Concepcion and Theodore S. Green, Esq.," and mailed to Theodore S. Green, Esq., Green & Willstatter, 200 Mamaroneck Avenue, Suite 605, White Plains, New York 10601.

2.    Claimant shall withdraw his claim to the remainder of the DEFENDANT FUNDS, consisting of $28,140.00 in funds, and that sum shall be and hereby is forfeited to the United States.

3.    Claimant is hereby barred from asserting, or assisting others in asserting, any claim against the United States of America ("USA"), the Department of Justice ("DOJ"), the U.S. Attorney's Office for the Southern District of New York ("SDNY-USAO"), the United States Marshals Service ("USMS"), and the DEA, and any agents and employees of the USA, the DOJ, the SDNY-USAO, the USMS, and the DEA, in connection with or arising out of the seizure, restraint, and/or constructive possession of

3

the DEFENDANT FUNDS, including, but not limited to, any claim
that there was no probable cause to seize and/or forfeit the
DEFENDANT FUNDS, that the Claimant is a prevailing party, or that
the Claimant is entitled to attorney's fees or any award of
interest.

    4.   Claimant represents that he is the sole owner of
the DEFENDANT FUNDS and agrees to hold harmless the
USA, the DOJ, the SDNY-USAO, the USMS, and the DEA, as well as
any and all employees, officers, and agents of the USA, the DOJ,
the SDNY-USAO, the USMS, and the DEA, from any and all claims in
connection with or arising out of the seizure, restraint, and/or
constructive possession of the DEFENDANT FUNDS, including but not
limited to any third-party claims of ownership of the DEFENDANT
FUNDS.

    5.   Claimant hereby agrees to waive all rights to
appeal or otherwise challenge or contest the validity of this
Stipulation and Order.

    6.   This Stipulation and Order shall in no way be
deemed an admission of culpability, liability, or guilt on behalf
of the Claimant, Plaintiff or any of their respective agents,
officers or employees, past and present.  Further, this
Stipulation and Order shall in no way constitute any reflection
upon the merits of the claim and defenses asserted respectively
by the Plaintiff and the Claimant.

4

02/14/2008 16:04 FAX 9149488730   GREEN WILLSTATTER
Case 1:07-cv-08326-RPP   Document 12   Filed 02/20/2008   Page 5 of 13

@006/006

DE :
02/12/2008 16 01 FAX 9148480791

NO. DE FAX :

16 DIC. 2006 07:59PM P1

GREEN WILLSTATTER

@006/008

914-948-8730

7.   Each party shall bear its own costs and attorney's

fees.

8.   This is action is hereby dismissed with prejudice

and without costs or disbursements.

Agreed and consented to:

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By:   _____   _2/14/2008_
                                        DATE

ANNA E. ARREOLA
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2218

Guillermo M. Concepcion, Claimant

By: _____   _2/14/08_
    GUILLERMO M. CONCEPCION          DATE

By: _____   _2/14/08_
    THEODORE S. GREEN, ESQ.           DATE
    Attorney for Guillermo M. Concepcion
    200 Mamaroneck Avenue, Suite 605
    White Plains, New York 10601
    (914) 948-5656

So Ordered: _February 19, 2008_

_____
HONORABLE ROBERT P. PATTERSON
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

5

# STATE OF NEW YORK
## *County of New York,*  *s.:*

USA-33s-100-**NOTICE OF CIVIL FORFEITURE PROCEEDING** Rev. 11/94

UNITED STATES DISTRICT COURT OF SOUTHERN DISTRICT OF NEW YORK — On September 24, 2007, the United States of America commenced a civil action demanding forfeiture, pursuant to 18 U.S.C. § 981 (a) (1) (A) and 21 U.S.C. § 881 (a) (6), of $42,000.00 in funds formerly held at Westchester BMW in the name of Elvin Concepcion, and any and all property traceable thereto. 07 Civ. 8326

Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by November 12, 2007, which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property. Dated: New York, New York October , 2007
**MICHAEL J. GARCIA**
U.S. Attorney/SDNY

**JOSEPH R. GUCCIONE**
U.S. Marshal/SDNY

901744                    o11-1t

Cynthia Byrd, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** one time on the 11th day of October, 2007.

TO WIT: OCTOBER 11, 2007

SWORN TO BEFORE ME, this 11th day

Of October, 2007.

**Jennifer Hannafey**
Notary Public, State of New York
No. 01ha6128042
Qualified in Richmond County
Commission Expires June 09, 2009

## Service of Process:

1:07-cv-08326-RPP United States of America v. $ 42,000.00 In Funds Formerly held at Westchester BMW in the name of Elvin Concepcion, and any and all Property Traceable Thereto
ECF

### U.S. District Court

### United States District Court for the Southern District of New York

## Notice of Electronic Filing

The following transaction was entered by Arreola, Anna on 1/9/2008 at 10:45 AM EST and filed on 1/9/2008

**Case Name:** United States of America v. $ 42,000.00 In Funds Formerly held at Westchester BMW in the name of Elvin Concepcion, and any and all Property Traceable Thereto

**Case Number:** 1:07-cv-8326

**Filer:** United States of America

**Document Number:** 9

**Docket Text:**
**SERVICE BY PUBLICATION. A Notice of Civil Forfeiture was published in the New York Law Journal on October 11, 2007. Document filed by United States of America. (Arreola, Anna)**

**1:07-cv-8326 Notice has been electronically mailed to:**

Anna Elizabeth Arreola    anna.arreola@usdoj.gov, USANYS.ECF@USDOJ.GOV

Theodore Samuel Green     theosgreen@msn.com

**1:07-cv-8326 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=1/9/2008] [FileNumber=414623
[7f29cbd4e6ef4567a0056b4d54bdb0aae4651a7b40616642d06127d039472143
e80b440f22e084175898d0b1b483c6beb700e09ff030ab9b0f5393f5ec21]]

Exh. B

**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 2, 2007

BY CERTIFIED MAIL
Rene Medina, Esq.
901 Sheridan Avenue, 3rd floor
Bronx, New York 10451

> Re: United States v. $42,000.00 In Funds Formerly Held At Westchester BMW
> In The Name of Elvin Concepcion, and Any And All Property Traceable Thereto
> 07 Civ. 8326

Dear Mr. Medina:

This letter is to advise you that on September 24, 2007, the United States commenced a civil action in the United States District Court for the Southern District of New York seeking the forfeiture of the above-referenced sum pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 981(a)(1)(A) as property traceable to an exchange of a controlled substance and/or property intended to be used in exchange for a controlled substance. A copy of the complaint in this action is enclosed.

Should your client wish to contest the forfeiture, he must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty five (35) days of the date of this letter. In addition, within twenty (20) days after filing a claim, your client must file his answer to the complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which they may have pending, and failure to do so could result in the entry of a default judgment against the property.

Respectfully,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
By: _____

ANNA E. ARREOLA
Assistant United States Attorney
Tel. No.: (212) 637-2218

Enclosure

cc:    Elvin Concepcion (By Certified Mail)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

**Sent To**

Elvin Concepcion #3490706387

**Street, Apt. No. or PO Box No.**  GMDC-Rikers Island

**City, State, ZIP**  East Elmhurst, New York 11370

7001 3450 0003 0360 4412

PS Form 3800, January 2001        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Elvin Concepcion #3490706387
   GMDC-Rikers Island
   East Elmhurst, New York 11370

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____     ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)       7001 0360 0003 4412 4667

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

**Sent To**   Rene Medina, Esq.

**Street, Apt. No.; or PO Box No.**   901 Sheridan Avenue, 3rd floor

**City, State, ZIP+**   Bronx, New York 10451

7074 4412 3000 6603 7002

PS Form 3800, January 2001    See Reverse for Instructions

---

| **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent ☐ Addressee<br><br>B. Received by (Printed Name)  C. Date of Delivery<br>CALR |
| 1. Article Addressed to:<br><br>Rene Medina, Esq.<br>901 Sheridan Avenue, 3rd floor<br>Bronx, New York 10451 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 0360 0003 4412 4674 |
| PS Form 3811, February 2004 | Domestic Return Receipt U.S. v. A42 coin in funds 102595-02-M-1540 |